**Rafael FERNANDEZ, Plaintiff–Appellant,**

v.

**SILVERSTONE INVESTMENTS, INC.,**
Juan C. Martinez, Jean Marc–Rogliano, Elena Fraga, Defendants–Appellees.

Nos. 06–11352, 06–13188
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 31, 2006.

Jamie H. Zidell, J.H. Zidell, P.A., Miami Beach, FL, for Plaintiff-Appellant.

Robert M. Einhorn, Zarco & Pardo, P.A., Owei Z. Belleh, Bailey & Dawes, L.C., Miami, FL, for Defendants–Appellees.

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

The district court denied appellant's motion for judgment as a matter of law notwithstanding the jury's verdict and alternative motion for a new trial on the issue of damages. The court denied the motion for judgment as a matter of law because the evidence did not point so overwhelmingly in favor of the plaintiff that a reasonable jury could not return a verdict for the defendants. After reviewing the relevant portions of the trial transcript, we agree with the district court and thus affirm its ruling.

**AFFIRMED.**